## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:**   24-54030-JWC

**Case Name:**   ALEX MUGISHA NUWAGABA

**For Period Ending:**   06/30/2025

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   04/22/2024 (f)

**§ 341(a) Meeting Date:**   05/21/2024

**Claims Bar Date:**   09/30/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2009 Hyundai Sonata, 250000 miles<br>Notice of abandonment filed, Dkt # 16. | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 2 | Household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 3 | TV, computer, phone | 500.00 | 0.00 | | 0.00 | FA |
| 4 | handgun<br>Notice of abandonment filed, Dkt # 16. | 125.00 | 0.00 | OA | 0.00 | FA |
| 5 | Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 7* | Avoidance Action claim against Peace Nuwagaba (u) (See Footnote) | 145,000.00 | 145,000.00 | | 0.00 | 145,000.00 |
| 8 | Interest in 332 Meadow Lane, Canton, GA 30114  (u) | Unknown | 1.00 | | 0.00 | 1.00 |
| 9* | APET Emissions LLC  (u) (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 9 | **Assets          Totals**      (Excluding unknown values) | **$147,725.00** | **$145,001.00** | | **$0.00** | **$145,001.00** |

RE PROP# 7    Debtor transferred interest in real property located at 2080 Lantern Hill Lane, Dacula, GA 30019 to Peace Nuwagaba on or about February 2024 for what appears to be no consideration.  Recovery estimated at value of one-half equity in property upon avoidance of transfer and liquidation of property.

RE PROP# 9    Trustee investigating value, if any, in the transfer of emission test facility around time of bankruptcy filing.

# Form 1

Page: 2

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**   24-54030-JWC

**Case Name:**   ALEX MUGISHA NUWAGABA

**For Period Ending:**   06/30/2025

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   04/22/2024 (f)

**§ 341(a) Meeting Date:**   05/21/2024

**Claims Bar Date:**   09/30/2024

**Major Activities Affecting Case Closing:**

6/28/2024 - Declared as an asset case, vehicle and handgun abandoned.

6/28/2024 - Trustee investigating transfers of real property at 2080 Lantern Hill Ln, Dacula, GA 30019 and emission testing business. Trustee is also looking into interest in additional real property.

6/30/2024 - The Trustee intends to administer assets and expects recoveries in excess of $145,000 which will result in a 100% distribution to $127,634 in scheduled unsecured claims.

7/1/2024 - Claims bar date set at 9/30/2024.

1/1/2025 - $118,938.32 in filed unsecured claims.

2/20/2025  - Trustee's counsel is reviewing details of pre-petition transfer to debtor's wife and claim relating to same.

**Initial Projected Date Of Final Report (TFR):**          12/31/2026          **Current Projected Date Of Final Report (TFR):**          12/31/2026